499 KING vs. CIRCUIT JUDGE (Wayne), 41 M., 727.

To vacate an order striking an amended declaration from the files.

Denied October 22, 1879, on the ground that the discretion of a trial judge, in refusing to allow amendments to pleadings, will not be reviewed if not abused.